**Doctor B. JONES, Plaintiff—Appellant,**

v.

**DEPARTMENT OF the NAVY; Dr. Donald C. Winter, Secretary, Defendants—Appellees.**

No. 08–1432.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2008.

Decided: Sept. 18, 2008.

Doctor B. Jones, Appellant Pro Se. Steve R. Matheny, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellees.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doctor B. Jones appeals the district court's order granting the Defendants' motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Dep't of the Navy*, No. 4:07–cv–00165–F (E.D.N.C. March 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*